# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2019

Bridget M. McCormack,
Chief Justice

158474

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

JACOB RUSSELL PROPER,
     Defendant-Appellant.

SC: 158474
COA: 344308
Allegan CC: 17-020733-FH

_____/

     On order of the Court, the application for leave to appeal the August 15, 2018 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



t0904

     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2019



Clerk